**CUTTER LAW PC**
C. BROOKS CUTTER, SBN 121407
JOHN R. PARKER, JR., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 290-9400
E-mails:       bcutter@cutterlaw.com
                    jparker@cutterlaw.com

**THOMAS & SOLOMON LLP**
J. NELSON THO lAS (*to be admitted pro hac vice*)
JONATHAN W. FERRJS (*to be admitted pro hac vice*)
MICHAEL J. LINGLE (*to be admitted pro hac vice*)
ANNETTE M. GIFFORD
693 East A venue
Rochester, New York 14607
Telephone: (585) 272-0540
Email: nthomas@theemploymentattomeys.com
jferris@theemploymentattomeys.com
mlingle@theemploymentattomeys.com
amgifford@gmail.com

*Attorneys for Relator Malou Tutanes-Luster*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MALOU TUTANES-LUSTER,<br><br>                 Relator,<br><br>vs.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING and PATTY ARVIELO,<br><br>Defendants. | Case No. 3:17-CV-04384-EDL<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that C. BROOKS CUTTER and JOHN R. PARKER JR. of CUTTER LAW P.C., hereby enter an appearance as counsel of record for relator Malou Tutanes-Luster, in this action. Mr. Cutter and Mr. Parker are duly licensed and admitted to practice before this Court and all courts of the State of California. Copies of all pleadings and notices pertaining to the above entitled matter should be forwarded to counsel at the following address:

**CUTTER LAW PC**
C. Brooks Cutter,
John R. Parker, Jr.,
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330

Dated: December 26, 2018           **UNITED STATES OF AMERICA,**
                                   **Ex rel. Relator**

By: */s/ C. Brooks Cutter*
C. Brooks Cutter
John R. Parker, Jr.
CUTTER LAW PC
401 Watt Avenue
Sacramento, California 95864
Telephone:    (916) 448-9800
Facsimile:    (916) 669-4499

Mychal Wilson SBN 236189
The Law Offices of Mychal Wilson
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Telephone: (424) 252-4232
Facsimile: (310) 424-7116

*Attorneys for Relator Malou Tutanes-Luster*